# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JASON JOHN RAMIREZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 2:12-cv-03580-WMA-SGC |
| | ) |
| JOHN T. RATHMAN, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Jason John Ramirez, a federal prisoner proceeding *pro se*. (Doc. 1). The magistrate judge entered a report and recommendation on March 1, 2016, recommending Ramirez's § 2241 petition be denied to the extent it challenges the Bureau of Prisons's computation of his aggregate sentence and dismissed to the extent it alleges a substantive sentencing error. (Doc. 10). The magistrate judge further recommended Ramirez's requests for appointment of counsel and a hearing be denied. (*Id.*). Ramirez was afforded fourteen (14) days to file objections to the

1

report and recommendation.  (*See id.*).  More than fourteen (14) days have passed, and the court has received no objections from Ramirez.[1]

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** that report and **ACCEPTS** the magistrate judge's recommendations.  Accordingly, Ramirez's requests for appointment of counsel and a hearing are **DENIED**.  Furthermore, Ramirez's § 2241 petition is **DENIED** to the extent it challenges the Bureau of Prisons's computation of his aggregate sentence and **DISMISSED** to the extent it alleges a substantive sentencing error.  A final judgment will be entered.

**DONE** this the 1st day of April, 2016.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the report and recommendation was mailed to Ramirez by the court on March 2, 2016 but was returned as UNDELIVERABLE on March 29, 2016 (Doc. 11).  Ramirez has failed to provide the court a new address.